## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIE LYNN BELVAL,             )
                               )
        Plaintiff,           )    Case No. 2:16-cv-00893-JCM-GWF
                               )
vs.                            )    **ORDER**
                               )
WALGREEN'S, *et al.*,          )
                               )
        Defendants.          )
_____)

This matter is before the Court on Plaintiff's Motion for of Summons and Complaint (ECF No. 2), filed on April 19, 2016; Plaintiff's Request for Bench Trial by Federal Magistrate (ECF No. 4), Request to Stay Execution on Serving Defendants (ECF No. 5) and Motion to Approve Case and Waive the Filing Fees (ECF No. 7), filed on August 4, 2016; Plaintiff's Motion for Re-Entry of Trial Evidence (ECF No. 14), Emergency Ex-Parte Motion for Entry of Default Judgment (ECF No. 15), Motion for Injunction (ECF No. 17), Motion for Attorney's Fees and Costs (ECF No. 18), and Motion to Re-Enter Exhibits (ECF No. 19), filed on August 24, 2016; and Plaintiff's Motion for Hearing (ECF No. 22), filed on September 19, 2016.

Plaintiff filed an Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) on April 19, 2016. Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's motions are premature as litigation of this matter has not yet commenced. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions (ECF Nos. 2, 4, 5, 7, 14, 15, 17, 18, 19, and 22) are **denied** without prejudice as premature.

DATED this 21st day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge