UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIE LYNN BELVAL, | Case No. 2:16-CV-893 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WALGREEN'S, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Marie Lynn Belval's objections (ECF Nos. 12, 21) to Magistrate Judge Foley's August 10, 2016, order striking her manually filed exhibits and requiring plaintiff to retrieve those exhibits then possessed by the clerk's office because they should not have been sent through the United States mail system. (ECF No. 11).

At the time plaintiff filed these objections, her application for leave to proceed in *forma pauperis* had not been approved. *See* (ECF Nos. 1, 12, 21, 25). Therefore, plaintiff's objections are premature. *See* 28 U.S.C. § 1915.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's objections to the magistrate judge's order (ECF Nos. 12, 21) be, and the same hereby are, DENIED.

DATED January 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**