# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIE LYNN BELVAL,

    Plaintiff,

vs.

WALGREEN'S, *et al.*,

    Defendants.

Case No. 2:16-cv-00893-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Attorney's Fees (ECF No. 31), filed on July 5, 2017.

Plaintiff filed an Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) on April 19, 2016. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and dismissed Plaintiff's complaint with leave to amend. Plaintiff filed an amended complaint on February 17, 2017. To date, the Court has not issued a screening order for Plaintiff's amended complaint and will do so in due course. Therefore, Plaintiff's motion for attorney's fees is premature. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 31) is **denied** without prejudice as premature.

DATED this 7th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge